# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

September 20, 2007

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 0 2007

    Re: **United States v. George Myles, 07 Cr. 840 (PAC)**

Dear Judge Crotty:

    I write on behalf of both the Government and my client to request a brief extension of time to file the venue transfer motion proposed at the last conference.

    Yesterday, the Government proposed a meeting to discuss a possible disposition in the case. Because of scheduling conflicts, the parties cannot meet until Monday, September 24. The defendant's motion is currently due this Friday, September 21. A brief extension of time until Wednesday, September 26 should allow the parties to discuss the case and enable the defendant to determine whether to proceed with the filing of the motion.

Respectfully submitted,

David Patton
Attorney for Mr. Myles
(212) 417-8762

cc:    Christopher Lavigne, Esq.
       Assistant U.S. Attorney

**Application GRANTED**
SEP 2 1 2007

Opposition by 10/9/07; Reply by 10/16/07

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE