UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA     :     07 CR. 840 (PAC)

- v -     :

**GEORGE MYLES**,     :

:
Defendant.
:
--------------------------------------------------------X

## AFFIDAVIT OF GEORGE MYLES

I, GEORGE MYLES, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am the defendant in the above captioned criminal case, and I make this declaration in support of a motion pursuant to Rule 21(b) of the Federal Rules of Criminal Procedure to transfer this proceeding to the Southern District of Florida.

2. I have been a Florida resident for most of my adult life, and I have never lived, or conducted business, in New York.

3. I was born and raised in Augusta, Georgia, and upon graduating high school, I attended Morris Brown College in Atlanta, Georgia.

4. In 1970, I was drafted by the Miami Dolphins of the National Football League where I played defensive end.

5. In 1971, I was drafted into the United States Army. In 1972, I attended Officer Candidate School in Milledgeville, Georgia and graduated in 1973 as a Second Lieutenant. Between 1970 and 1973, I was stationed at various times in Korea, Panama, Louisiana and

Georgia.

6. In 1973, I left the Army and became a member of the Florida National Guard Reserves where I served for the next 20 years.

7. Also after leaving the Army, I began working for Sears, Roebuck in their management training program. I spent three years with Sears in Atlanta, Georgia before being briefly transferred to Chattanooga, Tennessee.

8. In 1978, I transferred to Miami, Florida where I continued to work until my retirement from Sears in 1991.

9. Since 1991, I have continued to reside in Florida, and have at various times been a City Commissioner in the town of Lauderhill, Florida, worked for a company called Daytona Aerospace, and operated my own businesses, including Miles Aviation where I employed eight full-time employees.

10. During my time in Florida, I married and raised a family. I have been married for over 35 years and have three daughters who all reside in Florida. One daughter attends the University of Florida, another attends the University of Central Florida, and the third is an attorney with the Legal Aid Society in West Palm Beach. My wife teaches the 6th Grade in Broward County.

11. My elderly mother and two siblings reside in Augusta, Georgia. My mother is in poor health as she suffers from diabetes, asthma, and high blood pressure.

12. During my time in Florida, I have been very active with numerous community service organizations. Among many other posts, I have served on the board of directors of my alma mater, Morris Brown College; I have been the Chairman of the Board of the Broward County Chapter of the Urban League; I founded the Broward Chapter of the United Negro College Fund; I served on the board of directors of the Girl Scouts of

America in Broward County; and I was on the national and local boards of directors for the National Conference for Christians and Jews, receiving their National Brotherhood Award in 1994.

13. In March 2007, I was sentenced to 78 months imprisonment by the United States District Court in the Southern District of Florida for my conviction in November 2006 on charges of making false representations to purchasers of aircraft parts. The charges stemmed from my business activities as the owner of Miles Aviation, the same company whose activities are at issue in this case. I am currently appealing that conviction and sentence in the United States Court of Appeals for the Eleventh Circuit. My attorney in Florida filed a brief on my behalf on July 30, 2007, and we are awaiting oral argument.

14. Following my conviction, I was designated by the Federal Bureau of Prisons to a Federal Prison Camp in Miami, Florida, where my family, including my wife, children, mother, and siblings were able to visit me.

15. Because of my mother's advanced age and my wife and daughters' financial constraints, my family is not able to visit me in New York. Since my transfer to New York in May 2007 for this case, I have not had a visit from my family.

16. In connection with my business and community service activities for the past 40 years in the South Florida community, I have many former colleagues and associates who have expressed a willingness to support me in this case, and who may be called upon as witnesses to attest to my good character.

17. In addition to imposing obstacles in defending myself against the current charges, standing trial in the Southern District of New York would impose great emotional and financial hardship on me and my family.

18. I declare under penalty of perjury that the foregoing is true and accurate.

      **WHEREFORE**, I respectfully request that the Court transfer this case to the Southern District of Florida.

Dated:   New York, New York
          September 26, 2007

                                                         _____
                                                         GEORGE MYLES