UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60104-CR-JORDAN (S)
18 U.S.C. § 38
18 U.S.C. § 2



UNITED STATES OF AMERICA

vs.

GEORGE FRANK MYLES JR.,

Defendant.
_____

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS 1 – 14
(AIRCRAFT PARTS FRAUD - 18 U.S.C. § 38)

From on or about July 19, 2005, and continuing through on or about February 9, 2006, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

GEORGE FRANK MYLES JR.,

did knowingly and with intent to defraud, make materially fraudulent representations concerning aircraft parts, in and affecting interstate and foreign commerce, in that the defendant, as a supplier of aircraft parts to the U.S. Military and others, made false representations to purchasers regarding the condition of the parts, as further set forth below:

1

| COUNT | DATE(S) | PURCHASER | AIRCRAFT PART(S) TO BE PROVIDED | FRAUDULENT REPRESENTATION |
|---|---|---|---|---|
| 1 | 11/18/2005 through 11/28/2005 | U.S. Department of Defense<br><br>Contract Number FA81221-06-M-K152 | 30 new and unused surplus Turbine Exhaust Strut Rods<br><br>(Part number 470034) | Certified on an ATA Form 106 that the Rods were in "new surplus" (NS) condition when in fact they were in either "as removed" (AR) or "Serviceable" (SV) condition. |
| 2 | 9/26/2005 through 10/10/2005 | U.S. Department of Defense<br><br>Contract Number FA8101-05-M-K642 | 25 new and unused surplus Turbine Rear Rods<br><br>(Part number 470034) | Certified on an ATA Form 106 that the Turbine Rear Rods were in "new surplus" (NS) condition when in fact they were in either "as removed" (AR) or "Serviceable" (SV) condition. |
| 3 | 12/12/2005 through 12/15/2005 | U.S. Department of Defense<br><br>Contract Number FA8122-06-M-K189 | 272 new and unused surplus Tie Rod Nuts<br><br>(Part number 418906) | Certified on an ATA Form 106 that the Tie Rod Nuts were in "new surplus" (NS) condition when in fact they were in either "as removed" (AR) or "Serviceable" (SV) condition. |
|  | 7/19/2005 through 7/20/2005 | U.S. Department of Defense<br><br>Contract Number FA8101-05-M-K525 | 2 new and unused surplus Shaft Assemblies<br><br>(Part number 69-10327-4) | Certified on an ATA Form 106 that the Shaft Assemblies were in "new surplus" (NS) condition when in fact they were in "as removed" (AR) condition. |

| | | | | |
|---|---|---|---|---|
| 5 | 9/27/2005 through 11/21/2005 | U.S. Department of Defense<br><br>Contract Number FA8101005-M-K648 | 15 new and unused surplus Gang Bolt Assemblies<br><br>(Part number 433002) | Certified on an ATA Form 106 that the Gang Bolt Assemblies were in "new surplus" (NS) condition when in fact they were in "as removed" (AR) condition. |
| 6 | 11/22/2005 through 1/9/2006 | Eternal Bright Enterprises, Limited | 950 Vanes in "new surplus" condition<br><br>(Part number 781253CL4) | Certified on an ATA Form 106 that 300 of the Vanes were in "new surplus" (NS) condition when in fact they were in "repairable" (R) condition and signed on an FAA Form 8130 certifying the 300 Vanes were inspected and "new" (N), despite not being authorized by the FAA to conduct inspections. |
| 7 | 11/28/2005 through 1/6/2006 | Higher Source Aviation | 86 Second Stage T-blades in "overhaul" (OH) condition<br><br>(Part number 6898062) | Signed an FAA Form 8130 certifying the Blades as being in "overhauled" (OH) condition despite not being authorized by the FAA to certify blades. |
| 8 | 1/19/2006 through 2/2/2006 | Higher Source Aviation | 400 Second Stage T-blades in "overhauled" (OH) condition<br><br>(Part number 6898062) | Signed an FAA Form 8130 certifying 100 of the Blades as being in "overhauled" (OH) condition despite not being authorized by the FAA to certify blades and signed an ATA 106 certifying that 100 of the blades were in "overhauled"(OH) condition, having been overhauled last by Eagle, NDT. |

| | | | | |
|---|---|---|---|---|
| 9 | 12/2/2005 through 12/7/2005 | Aero Davinci | 1 Actuator in "overhauled" (OH) condition (Part number 35021502) | Signed an FAA Form 8130 certifying the Actuator as being in "overhauled" (OH) condition despite not being authorized by the FAA to conduct certifications and signed an ATA 106 certifying that the actuator was in "overhauled" (OH) condition. |
| 10 | 1/24/2006 through 2/9/2006 | Alamo Aircraft | 38 Bolt Assemblies in "new surplus" (NS) condition (Part number 433002) | Certified on an ATA Form 106 that the Bolt Assemblies were in "new surplus" (NS) condition when in fact they were in "as removed" (AR) condition. |
| 11 | 12/9/2005 through 12/21/2005 | U.S. Department of Defense Contract Number FA8112-06-M-K183 | 18 Blades in "new surplus" (NS) condition (Part number 410028) | Certified on an ATA Form 106 that the Blades were in "new surplus" (NS) condition when in fact they were in "overhauled" (OH) condition. |
| 12 | 12/14/2005 through 1/12/2006 | U.S. Department of Defense Contract Number FA8112-06-M-K192 | 54 Blades in "new surplus" (NS) condition (Part number 410028) | Certified on an ATA Form 106 that the Blades were in "new surplus" (NS) condition when in fact they were in "overhauled" (OH) condition. |
| 13 | 12/22/2005 through 1/30/2006 | U.S. Department of Defense Contract Number FA8112-06-M-K215 | 7 Clamping Plates in "new surplus" (NS) condition (Part number 4000941) | Certified on an ATA Form 106 that the Clamping Plates were in "new surplus" (NS) condition when in fact they were in "overhauled" (OH) condition. |

| 14 | 1/13/2006 through 2/1/2006 | U.S. Department of Defense<br><br>Contract Number FA8112-06-M-K241 | 250 Tie Rod Nuts in "new surplus" (NS) condition<br><br>(Part number 418906) | Certified on an ATA Form 106 that the Tie Rod Nuts were in "new surplus" (NS) condition when in fact they were in either "serviceable" (SV) or "as removed" (AR) condition. |

All in violation of Title 18, United States Code, Sections 38(a)(1)(B), (b)(4), and 2.

A TRUE BILL.

_____
FOREPERSON

_____ for
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MARC S. ANTON
SPECIAL ASSISTANT U. S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. ___06-60104-CR-Jordan(s)___

vs.

GEORGE FRANK MYLES, JR.,
        Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No _X_
Number of New Defendants ___
Total number of counts   _14_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161

3. Interpreter: (Yes or No)   _NO_
   List language and/or dialect

4. This case will take   _5 days_   to try

5. Please check appropriate category and type of offense listed below:
   (Check only one)   (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | ___ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _YES_
   If yes:
   Judge: _Hon. Adalberto Jordan_   Case No. _06-60104-CR-Jordan_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _YES_
   If yes:
   Magistrate Case No.   _06-6126-LSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region? ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

_____
MARC S. ANTON
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0148369

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GEORGE FRANK MYLES, JR.

**Case No:** 06-60104-CR-Jordan(s)

Counts #: 1-14

Aircraft Parts Fraud

in violation 18 U.S.C. § 38

**\* Max.Penalty:** Ten (10) years' imprisonment, three (3) years' supervised release, $250,000 fine

Count #:

_____

\* Max.Penalty:

Count #:

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. 70001

# UNITED STATES DISTRICT COURT

<u>Southern</u> District of <u>Florida</u>
*Central Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

**GEORGE FRANK MYLES, JR.**

## INDICTMENT
18 U.S.C. § 38

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *, A.D. 20* _____

_____
*Clerk*

Bail. $ _____