```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

    - against -

GEORGE FRANK MYLES, JR., a/k/a
George Miles
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:07 Cr. 00840 (PAC)

TRANSFER ORDER

        HONORABLE PAUL A. CROTTY, United States District Judge:

        For the reasons set forth on the record on Tuesday, October 23, 2007[1], Defendant's Motion to Transfer this case to the Southern District of Florida under Federal Rule of Criminal Procedure 21(b) is **GRANTED**. In the event the transfer is not finalized within 30 days, a pre-trial conference has been scheduled for Monday, November 26, 2007 at 2:30 p.m in Courtroom 20-C before the undersigned.

        Upon the consent of all parties, pursuant to 18 U.S.C. § 3161(h)(8)(A), the time from October 23, 2007 through November 26, 2007 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. The Clerk of Court and U.S Marshals Service are directed to follow the procedures set forth to finalize the transfer of this case.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:    New York, New York
            October 24, 2007

---

[1] See transcript of the Oral Argument proceeding held on Tuesday, October 23, 2007