

U.S. Department of Justice

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 21, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007
```

**VIA FACSIMILE–212-805-6304**

The Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007

    Re:   **United States v. George Frank Myles, Jr.**
          07 Cr. 840 (PAC)

Dear Judge Crotty:

      Your Honor ordered the above case transferred to the United States District Court for the Southern District of Florida on or about October 23, 2007, and set a control date for November 26, 2007, to determine whether this transfer occurred. I conferred with the United States Marshals last week and was informed that the defendant will be moved to the Southern District of Florida by plane, on or about November 27, 2007. In light of the Holidays, there were no flights on which the defendant could be placed this week.

The Honorable Paul A. Crotty
November 21, 2007
Page 2

Accordingly, the Government requests that the control date set for next week be adjourned for a period of one week, given that the defendant is set to be moved on November 27, 2007. In addition, out of an abundance of caution, the Government requests that time be excluded under the Speedy Trial Act for an additional week so that the defendant can be transferred to Florida. I have spoken with David Patton, Esq., counsel for the defendant, who consents to this request.

                    Very truly yours,

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York

By: _____
      JENNIFER G. RODGERS
      CHRISTOPHER LAVIGNE
      Assistant United States Attorneys
      Telephone: (212) 637-2513/2325

cc:  David Patton, Esq.
      United States Marshals

Application GRANTED
SO Ordered 11/21/07

SO ORDERED:

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE