

U.S. Department of Justice
United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 23, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

<u>VIA FACSIMILE-212-805-6304</u>

The Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>United States v. George Frank Myles, Jr.</u>
07 Cr. 840 (PAC)

Dear Judge Crotty:

      As a follow-up to my letter of November 21, 2007, I was informed by the United States Marshals that George Myles, the defendant, was in fact moved from the Southern District of New York on November 15, 2007. I have not learned, however, whether the defendant has arrived in the Southern District of Florida, and will make the appropriate inquiries on Monday.

**MEMO ENDORSED**

The Honorable Paul A. Crotty
November 23, 2007
Page 2

In any event, given that the defendant is not in the Southern District of New York, it will be unnecessary to hold the status conference set for Monday, November 26, 2007. The Government nonetheless requests, out of an abundance of caution, that time be excluded under the Speedy Trial Act for an additional week so that the defendant's transfer to Florida can be fully effectuated. I have been unable to speak with David Patton, Esq., counsel for the defendant, since my letter of November 21, 2007, although he previously consented to the request to exclude time.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
JENNIFER G. RODGERS
CHRISTOPHER LAVIGNE
Assistant United States Attorneys
Telephone: (212) 637-2513/2325

cc: David Patton, Esq.
United States Marshals

11/26/07
**Application GRANTED**
SO Ordered
*[signature]*
JSDJ.

Pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 11/27/07 until 12/04/07 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

**MEMO ENDORSED**